Jon M. Leader  (SBN: 147059)
E-Mail: jleader@llaw.la
Leader Counsel
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Telephone:   (310) 696-3300
Telecopy:    (310) 696-3305

Karen J. Bernstein (*Pro Hac Vice*)
E-Mail: kjb@bernsteinip.com
Bernstein IP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (212) 339-9955
Telecopy:   (212) 682-0278

Attorneys for Plaintiff/Counterdefendant CBD Jeans, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBD JEANS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REVENGE DESIGNS, INC., a Nevada corporation; CARTEL BLUE, INC.; a Wyoming corporation; DAVID THOMAS RHODES, an individual; and DOES 1- 40,<br><br>Defendants. | Case No.:  2:15-cv-7052-PSG-JC<br><br>**JOINT RULE 26(f) REPORT**<br><br>Pursuant to Fed. R. Civ. P. 26(f), LR 26-1, and this Court's Orders<br><br>**Scheduling Conference:**<br><br>Date:        February 1, 2016<br>Time:        2:00 p.m.<br>Courtroom: 880 |

| | |
|---|---|
| 1 | DAVID RHODES, an individual, |
| 2 | Counterclaimant, |
| 3 | |
| 4 | vs. |
| 5 | CBD JEANS, INC., a Nevada corporation, |
| 6 | |
| 7 | Counterdefendant. |

Counsel completed their meet and confer concerning this Joint Report and discovery issues, pursuant to this Court's November 17, 2015 Order Setting Scheduling Conference, on January 6, 2016. Attending the meet and confer were: (1) Gordon E. Gray of Mandour and Associates, APL, counsel for Defendants Revenge Designs, Inc. and Cartel Blue, Inc. and Defendant/Counterclaimant David Rhodes, and (2) Karen J. Bernstein of Bernstein IP and Jon M. Leader of Leader Counsel, counsel for Plaintiff/ Counterdefendant CBD Jeans, Inc.

Karen J. Bernstein of Bernstein IP co-counsel for Plaintiff/Counterdefendant CBD Jeans, Inc. requests to appear by telephone at the Scheduling Conference as she resides in New York City, New York.

**DISCOVERY:**

The parties will exchange Initial Disclosures prior to the Scheduling Conference per the Court's order.

Plaintiff/Counterdefendant believes discovery will be needed on the following subjects: (1) Defendants' sales of jeans using the CARTEL BLUE trademark; (2) Defendants' inventory; (3) Defendants' corporate formation; (4) Defendants' corporate activities; (5) Defendants' loan transactions; (6) Defendants' books and bank accounts; (7) prosecution of U.S. Trademark Registration No. 4,690,524, (8) Defendants' advertising, sale, and manufacturing documents, and (9) Counterclaimant's mitigation of damages.

Defendants/counterclaimant believes discovery will be needed on the following subjects: (1) Plaintiff's sales of jeans using the CARTEL BLUE trademark; (2) Plaintiff's inventory; (3) Plaintiff's corporate formation and financing; (4) Plaintiff's corporate activities; (5) Plaintiff's books and bank accounts; (6) Plaintiff's advertising of the CARTEL BLUE trademark if any (7) Plaintiff's advertising, sale, and manufacturing documents; and (8) Plaintiff's alleged proof of damages, if any, from trade libel and/or false advertising.

The parties are not aware of any issues about disclosure or discovery of electronically stored information.

The parties are not aware of any issues about claims of privilege or of protection as trial-preparation materials. The parties will enter into a Stipulated Protective/Confidentiality Order to facilitate discovery.

Fact discovery may be commenced immediately. Fact discovery should be completed by September 30, 2016.

Each party may serve a maximum of 35 interrogatories to each of the other parties, and the answers will be due 30 days after service thereof.

Each party may serve an unlimited number of requests for admission to the other party, and the responses will be due 30 days after service thereof.

Each party may take a maximum of 10 depositions.

The length of depositions will be limited to 1 day of 7 hours, unless otherwise stipulated or ordered by the Court.

**EXPERT DISCOVERY:**

The parties propose that: (1) disclosure of expert witnesses and exchange expert reports will occur by October 31, 2016, (2) counter-designations of experts will occur by November 28, 2016, and (3) expert discovery will be completed by, January 9, 2017.

Each party will provide the supplementations of disclosures and responses required by Rule 26(e) on or before December 15, 2016.

**TRIAL AND SCHEDULING:**

The parties do not ask to meet with the Court before a scheduling order.

The parties request that the Pre-Trial Conference be held on February 1, 2017.

The parties request that June 30, 2016 shall be the final date to amend pleadings or to join parties.  At this time, the parties are not aware of any additional parties who are likely to appear in this action.

The parties propose that October 3, 2016 be set as the cutoff date to file dispositive motions.  Plaintiff and Defendants are both considering filing motions for summary judgment or partial summary judgment/adjudication.

The parties propose that January 18, 2017 be set as the final date for submitting Rule 26(a) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists.

The parties propose that February 1, 2017 be set as the final date to file objections under Rule 26(a)(3).

The parties propose that the trial date be set for February 15, 2017, with an estimate of 5 days.

**SETTLEMENT AND ADR:**

Substantial settlement discussions have taken place and offers and counters have been exchanged.  However, these efforts have been unsuccessful.

The parties request that the Court approve private mediation as the settlement/ADR procedure as set forth in ADR L.R. 16-15.4.

The parties agree that this case is not complex and the procedures of the Manual for Complex Litigation should not be utilized.

BERNSTEIN IP

Dated: January 19, 2016

By: /s/Karen J. Bernstein
    Karen J. Bernstein (*pro hac vice*)
    Attorneys for Plaintiff/Counterdefendant
    CBD Jeans, Inc.


LEADER COUNSEL

Dated: January 19, 2016

By: /s/Jon M. Leader
    Jon M. Leader (SBN 147059)
    Attorneys for Plaintiff/Counterdefendant
    CBD Jeans, Inc.


MANDOUR & ASSOCIATES

Dated: January 19, 2016

By: /s/ Ben T. Lila
    Ben T. Lila (SBN 246808)
    Attorneys for defendants Revenge
    Designs, Inc. and Cartel Blue, Inc. and
    Defendant/Counterclaimant David
    Rhodes